IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT EARL LEVERT,         )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:20cv546-MHT
                            )          (WO)
JEFFERSON S. DUNN, et al.,  )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of sex discrimination in classification of inmates and related opportunities. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to pay the initial partial filing fee as ordered. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of November, 2020.

                                           /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**